IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03128-BNB

BYRON KYLE GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, et al.,
JOHN DOE (police officer) #1,
JOHN DOE (police officer) #2,
JOHN DOE (police officer) #3,
JOHN DOE (police officer) #4, and
JOHN DOE (police officer) #5,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 10, 2012, at Denver, Colorado.

                  BY THE COURT:

                  s/ Boyd N. Boland
                  United States Magistrate Judge