IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03128-WJM-MEH

BYRON KYLE GAY,

      Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, and
JOHN DOES 1-5,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 28, 2012.**

      Plaintiff's Motion for All Proceedings of Civil Action to be Determined by District Judge, Coupled with Motion to Add "City of Denver" as a Defendant, Pursuant to 42 U.S.C. § 1983 [filed February 27, 2012; docket #21] is **denied as moot**.  First, all proceedings in this civil action will be heard by a district judge *unless* the parties affirmatively agree to consent to jurisdiction of a magistrate judge.  There is no indication in this case that the parties have come to such agreement.

      Second, pursuant to Fed. R. Civ. P. 15(a), the Plaintiff may file an amended pleading once as a matter of course (meaning, without the need to seek permission from the court) within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever occurs earlier.  In this case, no responsive pleading or Rule 12 motion has been yet filed; thus, the Plaintiff need not seek leave from the Court to amend.  Therefore, the Plaintiff may file an amended pleading within the time set forth in Rule 15(a).