IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03128-WJM-MEH

BYRON KYLE GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 21, 2012.**

    Plaintiff's second Motion to Add "City of Denver" as a Defendant, Pursuant to 42 U.S.C. § 1983 [filed March 19, 2012; docket #27] is **denied as moot**.[1] As stated in this Court's February 27, 2012 order, pursuant to Fed. R. Civ. P. 15(a), the Plaintiff may file an amended pleading once as a matter of course (meaning, without the need to seek permission from the court) within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever occurs earlier.  In its previous order, the Court explained that, because no responsive pleading or Rule 12 motion had been yet filed, the Plaintiff was well within the time to file an amended pleading without seeking permission from the Court.  The Plaintiff did not do so.  Since that time, the Defendants filed a motion to dismiss pursuant to Rule 12(b)(6) on March 7, 2012.  Thus, time remains for the Plaintiff to file an amended pleading without seeking permission from the Court.

---

[1] As with Plaintiff's first motion, he failed to attach a proposed amended pleading to the present motion.