IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03128-WJM-MEH

BYRON KYLE GAY,

    Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 4, 2012.**

    Plaintiff's third Motion to Add City of Denver as a Defendant Under 42 U.S.C. § 1983 [filed April 2, 2012; docket #34] is **denied without prejudice**.  As noted in this Court's March 21, 2012 order, pursuant to Fed. R. Civ. P. 15(a), the Plaintiff must attach a proposed amended pleading to his motion to allow the Court to decide whether "justice so requires" the requested amendment.[1]

---

[1] The Court previously noted that Plaintiff failed to attach a proposed amended pleading to either the first or second motion.  *See* docket #29.