IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03128-WJM-MEH

BYRON KYLE GAY,

      Plaintiff,

v.

DANNY ROJAS,
KRIS KRONCKE, and
JOHN DOES 1-5,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2012.**

      Plaintiff's Motion to Add City of Denver as a Defendant in Accordance with Fed. R. Civ. P. 15(a)(2) [filed June 18, 2012; docket #47] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G. Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service." The present motion contains no such certificate of service, nor any other indication that it was properly served on all parties as required by Rule 5(a)(1)(D).